UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES J. SALERNO,

        Plaintiff,                CIV. S-04-2312 PAN

    v.

JO ANNE B. BARNHART,                ORDER
Commissioner of Social
Security,

        Defendants.

-o0o-

Plaintiff's December 15, 2005, motion to alter or amend the judgment entered December 6, 2005, is denied.

So ordered.

Dated: January 9, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge